IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES T. ELLIS,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO.  09-1037-GPM** |
| vs. ) | |
| ) | **CRIMINAL NO. 04-30139-GPM** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

  This matter is before the Court on Petitioner James T. Ellis's motion for relief pursuant to 28 U.S.C. § 2255.  Ellis was convicted by a jury on one count of conspiracy to distribute and possess with intent to distribute cocaine, cocaine base, and marijuana; he was sentenced to 288 months imprisonment, 10 years supervised release, a fine of $1,250, and a special assessment of $100.  His conviction and sentence were affirmed on appeal.  *United States v. Farmer*, 543 F.3d 363, 369-72 (7th Cir. 2008).  Ellis then filed the instant motion under § 2255.  He followed that with a motion to amend (Doc. 3), in which he seeks to add one more ground for relief.  The motion to amend is **GRANTED**; the sole ground raised in the amendment shall be considered a *supplement* to the original § 2255 motion.

  Ellis raises several grounds of ineffective assistance of counsel:  counsel was ineffective in failing to advise him to accept a plea agreement; counsel was ineffective at sentencing in failing to object to a two-level enhancement for possession of a gun; counsel was ineffective at sentencing in failing to object to the calculation of his relevant conduct; counsel was ineffective in failing to object

to certain witness testimony; and counsel was ineffective in failing to object to a sentence enhancement due to a prior drug conviction.

The Court **ORDERS** the Government to file a response to Ellis's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

DATED:  07/01/10

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge
